UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SEAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS/REHABILITATION, et al.,<br><br>    Defendants. | No. 1:25-cv-000177-KES-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 13, 14) |

    Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant complaint on February 11, 2025. (ECF No. 1.)

    On March 3, 2025, the Court screened the complaint, found that Plaintiff failed to state a cognizable claim for relief, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 9.)

    Plaintiff failed to file an amended complaint or otherwise respond to the March 3, 2025 order. Therefore, on May 13, 2025, the Court issued an order for Plaintiff to show cause why the action should not be dismissed. (ECF No. 10.) After Plaintiff failed to respond to the order to show cause, the Court issued Findings and Recommendations recommending the action be

1

1  dismissed. (ECF No. 13.) The Findings and Recommendations were served on Plaintiff and
2  contained notice that objections could be filed within 14 days. (Id. at 11.)
3      On July 3, 2025, Plaintiff filed a response to the order to show cause. (ECF No. 14.)
4  Therein, Plaintiff states that he has been involuntarily transferred among different prisons and he
5  has been without his legal property. (Id.)
6      On the basis of good cause, it is HEREBY ORDERED that:
7      1.    The Findings and Recommendations issued on June 23, 2025 (ECF No. 13) are
8          VACATED;
9      2.    The Clerk of Court shall send Plaintiff a blank civil rights complaint;
10     3.    Plaintiff is granted thirty (30) days from the date of service of this order to file an
11         amended complaint in compliance with the Court's March 3, 2025 screening order;
12         and
13     4.    Failure to comply with this order will result in a recommendation that the action be
14         dismissed for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **July 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2