UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SEAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS/REHABILITATION, et al.,<br><br>　　　　Defendants. | No. 1:25-cv-000177-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>Doc. 20 |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 17, 2025, the assigned magistrate judge issued findings and recommendations recommending the action be dismissed for failure to state a cognizable claim for relief. Doc. 20. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 9. Plaintiff has not filed objections, and the time to do so has expired.

　　　　In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and

1

1 recommendations are supported by the record and by proper analysis.

2     Accordingly:

3     1. The findings and recommendations issued on November 17, 2025, Doc. 20, are
4        adopted in full;
5     2. This action is dismissed without prejudice for failure to state a cognizable claim; and
6     3. The Clerk of this Court is directed to close this case.

9 IT IS SO ORDERED.

10     Dated:   December 28, 2025                           
11                                           UNITED STATES DISTRICT JUDGE

2